4:20mj-3-HBB

FILED
JAMES J. VILT, CLERK

JAN 07 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

### I.  INTRODUCTION

I, Special Agent William B. Kurtz, having been duly sworn, depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since June 2014. My duties, responsibilities, and training as a Special Agent with the FBI include investigating violations of federal law. I have experience investigating fraud schemes, violent crimes, online threats, and investigations involving the online exploitation of children, as well as other crimes which involve the use of telephones, email, and the internet as a means of communication. Many of my investigations involve the use of technology, analyzing online and telephonic contacts, and researching suspects' online activity and footprints. I have become familiar with the day-to-day operations of individuals using social media and email accounts to communicate and coordinate fraudulent activities. I am also aware that individuals engaged in criminal activities will create multiple online personas in order to conceal their identity, increase their ability to operate online, and to conceal the scope of their online activities.

2. This Affidavit is submitted in support of the Application for a Criminal Complaint and Arrest Warrant for James Keith Ray (hereafter Ray), DOB XX/XX/1973 and SSN: XXX-XX-4041 for violations of Title 18 U.S.C. § 875(c), (interstate transmission of a threat to injure the person of another).

3. In connection with my official duties, I have obtained the following information through my own investigation and from other law enforcement agencies. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of the application for a criminal complaint, I have not included each and every fact known to me

concerning this investigation. I have instead set forth only those facts that I believe are necessary to establish the required probable cause.

## II.     FACTS SUPPORTING PROBABLE CAUSE

4. On December 25, 2020 at approximately 6:29am a recreational vehicle (RV) exploded in the 160 block of 2nd Avenue North in Nashville, Tennessee. The explosion occurred in close proximity to an AT&T building on 2nd Avenue North. In the hours following the blast law enforcement authorities worked to determine who was responsible for the blast and to determine whether the perpetrator was on the loose or had been killed in the explosion.

5. Later the same day the FBI received a tip regarding concerning statements Ray made toward AT&T. The tip indicated that in mid-December 2020, an individual named Ray was ranting about how AT&T was abusing their power and how their (AT&T's) policies were criminal. The FBI undertook steps to locate and interview Ray in order to determine what if any involvement he had in the explosion. Searches of law enforcement databases identified Ray had made prior concerning statements that came to the attention of the FBI.

6. On or about September 13, 2016, the FBI Bowling Green, Kentucky RA was notified of a possible threat posted online by Ray. Ray posted comments on Facebook regarding his dissatisfaction with AT&T, Apple, Facebook, Walmart, and Independence Bank in Bowling Green, Kentucky. Some of the comments included:

   a. "I have general household items for sale. Will consider trade for firearms and weaponry. Contact me."

   b. "Somebody needs to roll back that whole damn crew. Hope it doesn't have to be me."

   c. "#FBI last call before i act on your behalf."

On September 13, 2016 Ray was interviewed by Task Force Officers (TFO) from the FBI regarding the above statements. During the interview a FBI TFO spoke with Ray's parents who stated they were afraid of Ray and locked their bedroom door at night.

7. Additionally on or about July 2, 2018 the Metro Nashville Police Department was made aware of an email sent by Ray to a local NBC affiliate which contained a link to a YouTube video and expressed frustration over alleged harassment the subject claimed to be the victim of by multiple persons and law enforcement entities in Kentucky. Ray demanded an explanation to one of the perceived wrongs "or else." No specifics were given as to what Ray meant by "or else." Additionally, Ray referenced the shooting at the Capital Gazette in Annapolis, MD, stating that media persons would soon be wearing body armor

> "because people like myself are being harassed to the point of distraction by companies and individuals who are affiliated with the stations in the stations choose to ignore real life news stories And instead for the populace with propaganda garbage and malicious targeted information. let the so-called story out of Maryland ring through to your offices and you look around and imagine the shock you're going to realize that half of the people that you see right now might be dead by the weekend at the hand of someone who isn't a strong as I am that has a little bit more of a temper than I do."

On September 12, 2018 the FBI again interviewed Ray regarding the above emails. Ray stated he had just completed a 28-day residential treatment at the Western State Hospital in Hopkinsville, Kentucky and was not threat to himself or others. Ray joked he was a threat to himself because of his mouth. Ray stated he did not recall sending emails to any news station.

8. On the evening of December 25, 2020 law enforcement officers, including FBI Special Agent James M. Brown, located and interviewed Ray at his home located in Henderson, Kentucky. Ray lives in the home with his parents. Ray primarily lives in the basement of the residence but has access to the entire house and spends time in the detached garage located on the property. During the interview, the FBI was able to rule out Ray as a suspect in the bombing

that occurred that morning. Unbeknownst to investigators at the time, Ray surreptitiously recorded the interview and on or about December 28, 2020 posted the recording of the interview on his YouTube channel.

9. On January 5, 2021 the FBI learned that Ray, utilizing Twitter account @JKeithRay1, posted threatening statements directed toward Special Agent Brown. Specifically, Ray posted the following:



> **J Keith Ray**
> @JKeithRay1
>
> The man speaking identified himself as agent Brown from the Owensboro FBI office and told me verbatim that his boss called him and said that that RV was registered to someone in my family I want that fuckers bosses name
>
> 1:29 PM · Jan 5, 2021 · Twitter Web App



> **J Keith Ray**
> @JKeithRay1
>
> Agent brown if you ever step on this property while I'm here you are a dead man do you hear me there is no amount of armor that will protect you from the range of my fucking soul
>
> 1:30 PM · Jan 5, 2021 · Twitter Web App

10. The affiant, who was located in Bowling Green, Kentucky, viewed the above tweets the evening of January 5, 2020. On January 5, 2021 Special Agent Brown confirmed that the individual pictured on the @JKeithRay1 Twitter account was Ray. Additionally, given the accurate references to Special Agent Brown's interview contained within the posts, the affiant believes the @JKeithRay1 Twitter account belongs to and is operated by Ray.

### III.   CONCLUSION

11. Based upon the above evidence I believe there is probable cause to believe that on or about January 5, 2021, Ray committed violations of Title 18 U.S.C. § 875(c), (interstate transmission of a threat to injure the person of another).

_____
William B. Kurtz, Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me on January __7__, 2021 in Bowling Green, Kentucky

_____
H. Brent Brennenstuhl
U.S. Magistrate Judge
Western District of Kentucky

Bowling Green, Kentucky

5