

**FILED**
JAMES J. VILT, CLERK

JAN 07 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT ~~BOWLING GREEN~~
Owensboro

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                              CRIMINAL CASE NO: 4:21-mj-3-HBB

JAMES KEITH RAY                                             DEFENDANT

## MOTION TO SEAL DOCUMENTS RELATING TO CRIMINAL COMPLAINT

Comes the United States of America, by counsel, Russell M. Coleman, States Attorney for

the Western District of Kentucky, and moves the Court for an Order sealing all materials relating

to the Criminal Complaint filed January 7, 2021.  No person may unseal or review the contacts of

the file or actions heretofore taken or to be taken without the express written authorization of a

Judge of the United States District Court for the Western District of Kentucky.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

Madison T. Sewell
Assistant United States Attorney
241 East Main Street
Suite 305
Bowling Green, Kentucky 42101
Phone:  (270) 243-4938
Email:  Madison.Sewell@usdoj.gov