UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT ~~BOWLING GREEN~~ Owensboro

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL CASE NO: 4:21mj-3-HBB |
| JAMES KEITH RAY | DEFENDANT |

## ORDER SEALING DOCUMENTS RELATING TO CRIMINAL COMPLAINT

Upon motion of the United States of America, by counsel, Russell M. Coleman, United States Attorney for the Western District of Kentucky; and the Court being sufficiently advised,

It is hereby ORDERED that all materials relating to the Criminal Complaint filed January 7, 2021 and the contents thereof are sealed. No person may unseal or review the contents of the file or actions heretofore taken or to be taken without the express written authorization of a Judge of the United States District Court for the Western District of Kentucky.

_____1/7/21_____
Date

_____
H. Brent Brennenstuhl
United States Magistrate Judge

**ENTERED**
JAMES J. VILT, CLERK

JAN 07 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY