# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **PLAINTIFF** ) | **Criminal Action No. 4:21mj-00003-HBB** |
| v. ) | **H. BRENT BRENNENSTUHL** |
| ) | MAGISTRATE JUDGE |
| **JAMES KEITH RAY** ) | |
| ) | |
| **DEFENDANT** ) | |
| ) | |

## ORDER

The above-styled case came before the Honorable H. Brent Brennenstuhl, United States Magistrate Judge, in Bowling Green, and was called in open Court on January 8, 2021, for conducting an initial appearance on a criminal complaint. The Defendant, James Keith Ray, was present in custody, via video from the Henderson County Detention Center. Assistant United States Attorney Mark J. Yurchisin, II, was present, via video, for the United States of America. These proceedings were digitally recorded. The Defendant advised he consents to appearing via video for the initial appearance.

The Defendant advised he had received a copy of the Criminal Complaint and the Court advised the Defendant of the charges contained therein. The Defendant acknowledged an understanding of the charges against him. The Defendant was advised of his Constitutional rights, including the right to Court appointed counsel. The Defendant requested Court-appointed counsel. The Court having questioned the Defendant, under oath, regarding his financial situation;

**IT IS THE FINDING OF THE COURT** the Defendant is eligible for Court-appointed counsel.

**IT IS ORDERED** the Office of the Federal Public Defender is appointed to represent the Defendant in this action.

As to the matter of detention, counsel for the United States advised the United States is seeking detention in this matter.

**IT IS ORDERED** a detention hearing shall be conducted on **Wednesday, January 13, 2021, at 2:00 p.m., CST.** The detention hearing shall be conducted before Magistrate Judge Brennenstuhl, via videoconference.

**IT IS ORDERED** a preliminary hearing shall be conducted on **Wednesday, January 13, 2021, at 2:00 p.m., CST**. The preliminary hearing shall be conducted before Magistrate Judge Brennenstuhl, via videoconference.

**IT IS ORDERED** the Defendant is remanded to the custody of the United States Marshal Service pending the preliminary hearing and detention hearing.

ENTERED this   January 11, 2021

H. Brent Brennenstuhl
United States Magistrate Judge

Copies to:   Counsel of Record
US Marshal Service
US Probation

0/10